**AFFIRM; Opinion Filed June 11, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-12-01402-CR**

**CAMERON CURTIS PALMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-14365-U**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Moseley

Cameron Curtis Palmer was convicted, upon the adjudication of his guilt, of felony assault involving family violence. The trial court assessed punishment at ten years' imprisonment, but later granted appellant's motion for shock probation and placed him on five years' community supervision. We adopted the trial court's finding that appellant no longer desires to pursue the appeal, and we submitted the appeal without the reporter's record and briefs. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4). Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgment.

/Jim Moseley/
JIM MOSELEY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
121402F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CAMERON CURTIS PALMER, Appellant

No. 05-12-01402-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F10-14365-U.
Opinion delivered by Justice Moseley, Justices Bridges and Lang-Miers participating.

    Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered this 11th day of June, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE